Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 14–20827–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert S LaRocca
  16 Cypress Drive
  Monroe Township, NJ 08831

Social Security No.:
  xxx–xx–8947

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 9/19/17 at 10:00 AM

to consider and act upon the following:

**77** – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/30/2017. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 8/29/17

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court