Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 14−20827−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert S LaRocca
  16 Cypress Drive
  Monroe Township, NJ 08831

Social Security No.:
  xxx−xx−8947

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/19/17 at 10:00 AM

to consider and act upon the following:

*77* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/30/2017. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 8/29/17

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Robert S LaRocca
    Debtor

Case No. 14-20827-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 29, 2017
                     Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.
db         +Robert S LaRocca,   16 Cypress Drive,   Monroe Township, NJ 08831-8713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
       Albert   Russo    docs@russotrustee.com
       Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
       Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing agent
       for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition
       Trust 2006-CH2 Asset Backed Pass-Through Certifica bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
       Andrew M. Lubin    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders of
       the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates,
       Series 2006-CH2 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
       Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
       of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates,
       Series 2006-CH2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Robert C. Nisenson    on behalf of Debtor Robert S LaRocca rnisenson@aol.com,
       nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
                              TOTAL: 7